MEYER L. SIRE, Appellant, *v.* CHARLES S. FURST et al., Respondents, Impleaded with Others.

*Sire* v. *Furst*, 143 App. Div. 927, appeal dismissed.
(Submitted May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1911, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to impress a trust upon real property and the proceeds of real property.

The motion was made upon the grounds that the affirmance was unanimous, the exceptions frivolous, and that no questions of law were presented for review.

*Benjamin N. Cardozo* and *Maurice Marks* for motion.

*Henry B. Johnson* and *Ralph Q. Kelly* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.